**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7156**

_____

HOWARD LEE COVINGTON, JR.,

Plaintiff - Appellant,

v.

DR. CLARENCE L. FAULCON,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:20-ct-03197-M)

_____

Submitted:  February 21, 2023                    Decided:  February 24, 2023

_____

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Howard Lee Covington, Jr., Appellant Pro Se.  Joshua M. Hiller, Pankaj Kashiram Shere, HUFF POWELL & BAILEY, PLLC, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Lee Covington, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint alleging inadequate medical care during his incarceration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Covington v. Faulcon*, No. 5:20-ct-03197-M (E.D.N.C. Sept. 19, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*